AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

TRACY D.L.C. SMITH and
CANDACE A. SMITH,

           Plaintiffs,    JUDGMENT IN A CIVIL CASE

v.    CASE NUMBER: 2:20-CV-116

GEORGE F. BARNHILL,

           Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court dated February 8, 2021; Defendant's Motion to Dismiss is GRANTED in its entirety. Plaintiffs' federal claims against Defendant are DISMISSED with prejudice, Plaintiffs' state law claims are DISMISSED without prejudice, and Plaintiffs are DENIED attorney's fees. Judgment is hereby entered in favor of Defendant. This civil action stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE

Date: February 9, 2021

John Triplett, Acting Clerk of Court
Clerk

Megan Garcia
(By) Deputy Clerk

GAS Rev 10/1/03